# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 09-mj-0739-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| Richard Granados, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on September 15, 2009.

DATED this 2nd day of March, 2011.

DANIEL G. BOGDEN
United States Attorney

/s/
RUSSELL E. MARSH
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 9th day of January 2014.

United States Magistrate Judge